

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2019

No. 04-18-00694-CV

Paul D. **RICE** and M. Susan Rice,
Appellants

v.

Charles C. **HICKERSON** and Eva M. Hickerson,
Appellees

From the 452nd District Court, Mason County, Texas
Trial Court No. 175739
Honorable Robert Rey Hofmann, Judge Presiding

# O R D E R

The Appellant's Unopposed Motion for Extension of Time to File a Reply Brief is GRANTED. The reply brief is due on June 4, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court